Larry COCHRAN, Plaintiff-Appellant,

v.

Dr. Jean LINDZAU; Dr. Amy Rosenthal; Dr. Carl Reid, Defendants-Appellees.

No. 17-6305

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: July 31, 2017

Larry Cochran, Appellant Pro Se. Lucian P. Sbarra, HEDRICK GARDNER KINCHELOE & GAROFALO, LLP, Charlotte, North Carolina; G. Norman Acker, III, Rudy E. Renfer, Assistant United States Attorneys, Christina Ann Kelley, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Cochran appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cochran v. Lindzau*, No. 3:15-ct-03139-D (E.D.N.C. Feb. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*